# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY U. GARCIA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a Nevada corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. CV 14-06738 PA (CWx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 5, 2014<br>1st Removal Date: March 28, 2014<br>2d Removal Date: August 28, 2014<br>Trial Date: Sept. 8, 2015<br><br>Judge: Hon. Percy Anderson |

# [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Jenny U. Garcia and defendant Concentra Health Services, Inc. (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. All claims for relief in the instant action brought by and on behalf of plaintiff Jenny U. Garcia are hereby dismissed with prejudice;

2. Since all claims for relief herein have been dismissed with prejudice, the entire action is hereby dismissed; and

3. The Parties shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

Dated: 8/8/15

The Honorable Percy Anderson
United States District Court Judge